UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSIE ANNE TOURVILLE (BRUGGER),

        Plaintiff,

vs.                                                           Civil Action No.:
                                                              1:24-CV-06365

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this 14 day of November, 2024, Plaintiff's motion for an extension of time is GRANTED. The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by December 23, 2024;
- Defendant's brief will be filed on, or before, January 22, 2025;
- Plaintiff's reply, if any, is due February 5, 2025.

_____
Valerie Figueredo
United States Magistrate Judge