**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHELSIE ANNE BRUGGER,

                    Plaintiff,                    24 **CIVIL** 6365 (PAE)(VF)

      -v-                                      <u>**JUDGMENT**</u>

ACTING COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated January 17, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision. See Shalalav. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      January 17, 2025

                                     **TAMMI M. HELLWIG**
                                     **Clerk of Court**

**BY:**

                          _____
                                   **Deputy Clerk**